IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THE CITY OF CRYSTAL SPRINGS                                    PLAINTIFF

v.                                          CIVIL ACTION NO.  3:12cv611-TSL-MTP

BORGWARNER, *et al.*                                          DEFENDANTS

ORDER

This cause comes before the court on the Motion to Remand [3] in the above-styled cause. Rule 16(b)(1)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides

> A motion to remand ... will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand or referral issue and will stay the parties' obligation to make disclosures pending the Court's ruling on the motions.

Discovery and disclosure requirements are, therefore, stayed pursuant to the Local Rules pending further order.

All matters related to the remand motion, dispositive and nondispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific remand issues to the Magistrate Judge for resolution or recommendation.

The parties must promptly notify the Magistrate Judge of any order denying the Motion to Remand and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in L.U.Civ.R. 26(e).  A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.

ORDERED, this the 19th day of September, 2012.

s/ Michael T. Parker
UNITED STATES MAGISTRATE JUDGE